UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

MICHAEL DANIELS,                         ) CV 10-00972-RSWL (SH)
                                         )
             Petitioner,                 ) JUDGMENT
                                         )
    v.                                   )
                                         )
HAWS, Warden,                            )
                                         )
             Respondent.                 )
_____)

    Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: July 26, 2010

                                           *RONALD S.W. LEW*
                                        RONALD S.W. LEW
                        SENIOR UNITED STATES DISTRICT JUDGE